# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BREYER, STEPHEN G. | SUPREME COURT OF THE UNITED STATES | 06/11/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| ASSOCIATE JUSTICE OF THE SUPREME COURT OF THE UNITED STATES | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

SUPREME COURT OF UNITED STATES
1 FIRST STREET, N.E.
WASHINGTON, D.C. 20543

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE (HONORARY) | DANA-FARBER CANCER INSTITUTE |
| 2. | JUROR | THE PRITZKER ARCHITECTURE PRIZE |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 06/11/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | PENGUIN RANDOM HOUSE LLC.; ROYALTY INCOME | $4,415.69 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | PENGUIN RANDOM HOUSE LLC.; ROYALTY INCOME |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Pritzker Prize for Architecture | Jan 20-21, 2018 | New York City, NY | Pritzker Jury Meetings | Transportation, Lodging & Meals |
| 2. | Jacksonville World Affairs Council | Jan 22, 2018 | Jacksonville, FL | Book Event | Transportation, Lodging & Meals |
| 3. | Federal Bar Council | Feb 9-10, 2018 | Nevis | Winter Conference | Transportation & Meals |
| 4. | University of Virginia | Feb 28, 2018 | Charlottesville, VA | Speaking Event | Lodging & Meals |
| 5. | Tufts University | April 4, 2018 | Cambridge, MA | Speaking Event | Transportation |
| 6. | Pritzker Prize for Architecture | May 17-19, 2018 | Toronto, Canada | Pritzker Prize Ceremony | Transportation, Lodging & Meals |
| 7. | Aspen Ideas Fest | July 6-10, 2018 | Aspen, CO | Speaking Event | Transportation, Lodging & Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 06/11/2019 |

| 8. | Sun Valley Writers Conference | July 19-25, 2018 | Sun Valley, UT | Speaking Event | Transportation, Lodging & Meals |
|---|---|---|---|---|---|
| 9. | Yale University | Aug 12-14, 2018 | New Haven, CT | Yale Global Constitutionalism Seminar | Lodging & Meals |
| 10. | Pritzker Organization | Oct 13-20, 2018 | Ireland/Spain | Pritzker Fly-Around Program | Transportation, Lodging & Meals |
| 11. | Fulbright France Program | Nov 10-17, 2018 | Paris / France | 70th Anniversary of Fulbright France | Transportation |
| 12. | Paris Peace Program | Nov 18, 2018 | Paris / France | Panel on Global Governance | Transportation |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BREYER, STEPHEN G.** | 06/11/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 06/11/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA ACCOUNT: | | | | | | | | | |
| 2. DWS TOTAL RETURN BOND FUND-S (FKA DEUTSCHE TOTAL RETURN BOND FUND)-IRA | A | Dividend | K | T | | | | | |
| 3. DWS CROCI US FUND-S (FKA DEUTSCHE CROCI US FUND-S) | C | Dividend | L | T | | | | | |
| 4. OTHER HOLDINGS: | | | | | | | | | |
| 5. DWS TOTAL RETURN BOND FUND-S (FKA DEUTSCHE TOTAL RETURN BOND FUND)-IRA | B | Dividend | K | T | | | | | |
| 6. BANK OF AMERICA - CHECKING | A | Interest | L | T | | | | | |
| 7. TIAA/CREF: | | | | | | | | | |
| 8. TIAA/CREF - TIAA TRADITIONAL (FIXED ANNUITY) | E | Interest | O | T | | | | | |
| 9. TIAA/CREF - TIAA REAL ESTATE | D | Int./Div. | M | T | | | | | |
| 10. TIAA/CREF - CREF BOND MARKET R3 | A | Int./Div. | M | T | | | | | |
| 11. TIAA/CREF - CREF STOCK R3 | A | Int./Div. | P1 | T | | | | | |
| 12. TIAA/CREF - CREF INF-LINKED BOND R3 | A | Int./Div. | N | T | | | | | |
| 13. TIAA/CREF - CREF STOCK R1 | A | Int./Div. | L | T | | | | | |
| 14. TRUST: | | | | | | | | | |
| 15. TAI SHAN FUND | D | Int./Div. | L | T | | | | | |
| 16. VANGUARD WINDSOR FUND | D | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 06/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. AUTOMATIC DATA PROCESSING INC COMMON STOCK | C | Dividend | M | T | | | | | |
| 18. CINTAS CORP. COMMON STOCK | B | Dividend | L | T | | | | | |
| 19. SYSCO CORP. COMMON STOCK | C | Dividend | M | T | | | | | |
| 20. VANGUARD 500 INDEX FUND | D | Dividend | O | T | | | | | |
| 21. APPLIED ANALYSIS INC - COMMON STOCK | | None | | | Sold | 12/31/18 | J | | |
| 22. APPLIED ANALYSIS INC - PREFERRED STOCK | | None | | | Sold | 12/31/18 | J | | |
| 23. VANGUARD DIVIDEND GROWTH FUND -IV | E | Dividend | M | T | | | | | |
| 24. VANGUARD MID-CAP INDEX FUND -A | A | Dividend | K | T | | | | | |
| 25. DODGE & COX INTERNATIONAL STOCK FUND | B | Dividend | L | T | | | | | |
| 26. ROYCE LOW-PRICED STOCK SERVICE FUND | D | Dividend | K | T | | | | | |
| 27. OAKMARK INTERNATIONAL FUND - I | C | Dividend | L | T | | | | | |
| 28. FEDERATED US TREASURY CASH RSV FD-I | A | Dividend | L | T | | | | | |
| 29. VANGUARD SMALL CAP INDEX-INV | A | Dividend | K | T | | | | | |
| 30. FIDELITY MA MUNICIPAL INCOME | A | Dividend | K | T | | | | | |
| 31. FASTENAL CO. | B | Dividend | L | T | | | | | |
| 32. US TREASURY NOTES 1.375% 6/30/18 | C | Interest | | | Sold (part) | 04/02/18 | L | | |
| 33. | | | | | Sold (part) | 05/21/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 06/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. | | | | | Matured | 06/30/18 | M | | |
| 35. US TREASURY NOTES 1.500% 5/31/19 | C | Interest | N | T | | | | | |
| 36. US TREASURY NOTES 1.625% 3/15/20 | B | Interest | L | T | | | | | |
| 37. US TREASURY NOTES 3.125% 5/15/21 | B | Interest | M | T | Buy | 07/03/18 | M | | |
| 38. US TREASURY NOTES 2.250% 7/31/21 | A | Interest | K | T | Buy | 03/07/18 | K | | |
| 39. OTHER ASSETS: | | | | | | | | | |
| 40. TIAA/CREF RETIREMENT ACCOUNTS: | | | | | | | | | |
| 41. TIAA/CREF - TIAA TRADITIONAL (FIXED ANNUITY) | C | Interest | L | T | | | | | |
| 42. TIAA/CREF - CREF STOCK R2 | A | Int./Div. | L | T | | | | | |
| 43. SK-N-A NATIONAL BANK SAVINGS ACCT | A | Interest | K | T | | | | | |
| 44. PEARSON PLC ORD. STOCK | D | Dividend | N | T | | | | | |
| 45. RENTAL PROPERTY - NEVIS WEST INDIES | E | Rent | N | W | | | | | |
| 46. LAND IN PLAINFILD, NH | | None | N | W | | | | | |
| 47. LOWES COMPANIES INC - COMMON STOCK | B | Dividend | M | T | | | | | |
| 48. PACCAR INC - COMMON STOCK | C | Dividend | K | T | Sold (part) | 01/22/18 | K | E | |
| 49. | | | | | Sold (part) | 02/16/18 | K | E | |
| 50. | | | | | Sold (part) | 06/21/18 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 06/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. | | | | | Sold (part) | 08/13/18 | K | E | |
| 52. UNITED TECHNOLOGIES CORP - COMMON STOCK | C | Dividend | M | T | | | | | |
| 53. SSGA MONEY MARKET FUND | A | Dividend | L | T | | | | | |
| 54. LEXINGTON MA GO 4% 2/15/21 | C | Interest | M | T | | | | | |
| 55. STANCROFT TRUST LIMITED | E | Dividend | O | W | | | | | |
| 56. FIRST CARIBBEAN INTERNATIONAL BANK - CHECKING | | None | K | T | | | | | |
| 57. EATON VANCE LARGE CAP GROWTH FUND - I | F | Dividend | N | T | | | | | |
| 58. EATON VANCE LARGE CAP VALUE FUND - I | E | Dividend | N | T | | | | | |
| 59. EATON VANCE TAX M S/C | C | Dividend | L | T | | | | | |
| 60. EATON VANCE ATLANTA SM CP-I | D | Dividend | L | T | | | | | |
| 61. VANGUARD INT-TERM CORPORATE | B | Dividend | L | T | Sold (part) | 11/20/18 | J | | |
| 62. DFCI RETIREMENT PLAN (401A) (FIDELITY INVESTMENTS) - NO CONTROL | C | Dividend | K | T | | | | | |
| 63. ZELFI SPORTS HOLDING LTD. | | None | | | Sold | 06/06/18 | L | F | |
| 64. TOPGOLF INTERNATIONAL, INC. | | None | L | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 06/11/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

THE REPORT WAS PREPARED BY:

CITRIN COOPERMAN & COMPANY, LLP
529 FIFTH AVENUE
NEW YORK, NEW YORK 10017

PART VII, LINES 63-64:
SHARES OF ZELFI SPORTS HOLDING LTD (HELD BY MY SPOUSE) WERE ACQUIRED IN 2002 AND WERE SOLD IN 2018. SHARES OF TOPGOLF INTERNATIONAL, INC. (HELD BY MY SPOUSE) WERE ACQUIRED IN 2006. BOTH ASSETS WERE INADVERTENTLY OMITTED FROM PRIOR FINANCIAL DISCLOSURE REPORTS. PRIOR REPORTS WILL BE AMENDED TO REFLECT THESE HOLDINGS.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ STEPHEN G. BREYER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544